554 F.2d 1391
 Robert P. McDANIEL, Plaintiff-Appellee Cross-Appellant,
v.
The FULTON NATIONAL BANK OF ATLANTA, Defendant-Appellant
Cross Appellee.
Jan T. BARKSDALE, Plaintiff-Appellee,
v.
PEOPLES FINANCIAL CORP. OF ALPHARETTA, Defendant-Appellant.
James R. BARRETT et al., Plaintiffs-Appellees,
v.
VERNIE JONES FORD, INC., et al., Defendants-Appellants.
 Nos. 75-2410, 75-2514 and 75-2515.
 United States Court of Appeals,
Fifth Circuit.
 June 8, 1977.
 
 Marion H. Allen, III, Richard R. Cheatham, Atlanta, Ga., for appellant in No. 75-2410.
 E. Lundy Baety, Atlanta, Ga., for appellee in No. 75-2410.
 Albert C. Ruehmann, III, Richard R. Cheatham, Atlanta, Ga., for defendants-appellants in Nos. 75-2514 and 75-2515.
 Graydon W. Florence, Jr., Atlanta, Ga., for plaintiff-appellee in No. 75-2514.
 Sewell K. Loggins, Douglas N. Campbell, Atlanta, Ga., for amicus curiae Beneficial Finance Co.
 Mary Joyce Johnson, N. David Buffington, Atlanta, Ga., for plaintiffs-appellees in No. 75-2515.
 ON PETITIONS FOR REHEARING AND PETITIONS FOR REHEARING EN BANC
 (Opinion December 6, 1976, 5 Cir., 1976, 543 F.2d 568).
 Before BROWN, Chief Judge, THORNBERRY, COLEMAN, GOLDBERG, AINSWORTH, GODBOLD, MORGAN, CLARK, RONEY, GEE, TJOFLAT and FAY, Circuit Judges.
 
 BY THE COURT:
 
 1
 A member of the Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,
 
 
 2
 IT IS ORDERED that the cause shall be reheard by the Court en banc on briefs without oral argument. The Clerk shall set a briefing schedule for the filing of supplemental briefs.
 
 
 3
 The parties in No. 75-4397, Kennedy v. Plaza Pontiac, No. 75-4408, Reed v. Welch Oldsmobile and No. 76-1158, Hicks v. General Motors, 5 Cir., 544 F.2d 516 are entitled without further leave to timely file amicus briefs if they so desire.
 
 
 4
 JAMES C. HILL, Circuit Judge, is recused and did not participate in this order.